

LAW OFFICE OF

# Bruno V. Gioffre, Jr., PLLC

2 WESTCHESTER PARK DRIVE, SUITE 205
WHITE PLAINS, NEW YORK 10604

|  |  |  |
|---|---|---|
| **Bruno V. Gioffre, Jr.**<br>Admitted in NY, CT & FL | TELEPHONE (914) 481-8900<br>FACSIMILE (914) 481-8905<br>bruno@bgioffrelaw.com | **32 Fieldpoint Road**<br>**Greenwich, CT 06830** |

February 26, 2020

*Via ECF*
Hon. Denise Cote
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007



Re: Barbash v. STX Financing, LLC et al – Docket No. 20-cv-123

Dear Judge Cote:

As you are aware, the Law Office of Bruno V. Gioffre, Jr., PLLC represents plaintiff in connection with the above-referenced civil matter. Currently, this matter is scheduled for a preliminary conference before Your Honor on March 6, 2020 at 3:30 pm.

Our office is in the process of effectuating service on all four California defendants. In addition, I am not available in the afternoon of March 6, 2020 as I will be attending a family function in Wilton, CT that afternoon.

Consequently, we respectfully request an adjournment of the preliminary conference to April 3, 2020 at 12 pm to allow for proper service of this action on the defendants and provide them with the opportunity to answer or move with respect to the complaint.

We contacted Courtroom Deputy, Ms. Gloria Rojas, who provided us with the available date and time for a preliminary conference in early April.

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

Law Office of Bruno V. Gioffre, Jr., PLLC

*Bruno V. Gioffre, Jr.*

Bruno V. Gioffre, Jr., Esq.

*The conference is adjourned to April 3 at noon.*

*[signed] 2/26/20*