```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     20cv123 (DLC)
SAMANTHA BARBASH,                        :
                                         :         ORDER
                    Plaintiff,           :
              -v-                        :
                                         :
STX FINANCING, LLC (dba STX              :
ENTERTAINMENT), a Delaware limited       :
liability company, GLORIA SANCHEZ        :
PRODUCTIONS, INC., a California          :
corporation, NUYORICAN PRODUCTIONS,      :
INC., a California corporation, POLE     :
SISTERS LLC, a California limited        :
liability company, and JOHN and JANE     :
DOES 1-10,                               :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the in-person conference scheduled for May 1, 2020 at 11:30 a.m. will be held telephonically. The parties shall use the following dial-in instructions for the telephone conference:

    Dial-in: 888-363-4749

    Access code: 4324948

The attorneys who will serve as principal trial counsel must participate in this telephone conference.

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
           March 19, 2020

                                          _____
                                              DENISE COTE
                                        United States District Judge