```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :        20cv123 (DLC)
SAMANTHA BARBASH,                        :
                                         :           ORDER
                   Plaintiff,            :
         -v-                             :
                                         :
                                         :
STX FINANCING, LLC (dba STX              :
ENTERTAINMENT), a Delaware limited       :
liability company, GLORIA SANCHEZ        :
PRODUCTIONS, INC., a California          :
corporation, NUYORICAN PRODUCTIONS,      :
INC., a California corporation, POLE     :
SISTERS LLC, a California limited        :
liability company, and JOHN and JANE     :
DOES 1-10,                               :
                   Defendants.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 12, 2020, defendants filed a letter seeking an extension of their time to answer or otherwise respond to the complaint. An Order of March 13 instructed that defendants' "time to answer" was extended to April 15. On March 19, defendants requested clarification concerning they could move to dismiss or otherwise respond by April 15, rather than filing an answer. Defendants' request was made to the chambers email inbox rather than through a filing on ECF. While the Court's Emergency Individual Practices in Light of COVID-19 permit such emails for "<u>urgent</u> matters requiring immediate attention," this request is not urgent. Accordingly, it is hereby

ORDERED that defendants shall file their March 19 clarification request on ECF.

IT IS FURTHER ORDERED that the defendants shall answer or otherwise respond to the complaint by **April 15, 2020**.

Dated: New York, New York
March 20, 2020

                                              _____
                                                           DENISE COTE
                                                 United States District Judge