```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 -----------------------------------------X
                                           :
 SAMANTHA BARBASH,                         :
                                           :
                      Plaintiff,           :       20cv123 (DLC)
                                           :
              -v-                          :          ORDER
                                           :
 STX FINANCING, LLC (dba STX               :
 ENTERTAINMENT), a Delaware limited        :
 liability company; GLORIA SANCHEZ         :
 PRODUCTIONS, INC., a California           :
 corporation; NUYORICAN PRODUCTIONS,       :
 INC., a California corporation; POLE      :
 SISTERS, LLC, a California limited        :
 liability company; and JOHN and JANE      :
 DOES 1-10,                                :
                                           :
                      Defendants.          :
                                           :
 -----------------------------------------X
```

DENISE COTE, District Judge:

On April 15, 2020, defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **May 8, 2020.**  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to

dismiss by **May 8, 2020.** Defendants' reply, if any, shall be filed by **May 22.**

IT IS FURTHER ORDERED that, pursuant to Rule 4(B) of the Court's Individual Rules of Practice in Civil Cases, the plaintiff shall file on ECF, by **May 8, 2020,** a letter no longer than two pages explaining the basis for her belief that diversity of citizenship exists.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **May 1, 2020** is adjourned <u>sine</u> <u>die</u>.

Dated:    New York, New York
          April 16, 2020

```
                                      _____
                                          DENISE COTE
                                     United States District Judge
```