```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SAMANTHA BARBASH,                        :
                                         :
                    Plaintiff,           :      20cv123 (DLC)
                                         :
          -v-                            :         ORDER
                                         :
STX FINANCING, LLC (dba STX              :
ENTERTAINMENT), a Delaware limited       :
liability company; GLORIA SANCHEZ        :
PRODUCTIONS, INC., a California          :
corporation; NUYORICAN PRODUCTIONS,      :
INC., a California corporation; POLE     :
SISTERS, LLC, a California limited       :
liability company; and JOHN and JANE     :
DOES 1-10,                               :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 15, 2020, the defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  On May 8, the plaintiff filed an amended complaint.  Accordingly, it is hereby

ORDERED that the defendants' April 15 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **May 29, 2020**.  If the defendants renew their motion to dismiss, the plaintiff shall file any opposition

to the renewed motion by **June 19**. Defendants shall file any reply by **July 3**.

Dated:   New York, New York
         May 11, 2020

```
                              _____
                                   DENISE COTE
                              United States District Judge
```