**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SAMANTHA BARBASH,

                      Plaintiff,

          -against-

STX FINANCING, LLC (dba STX
ENTERTAINMENT), a Delaware limited
liability company; GLORIA SANCHEZ
PRODUCTIONS, INC., a California
corporation; NUYORICAN PRODUCTIONS,
INC., a California corporation; POLE
SISTERS, LLC, a California limited
liability company; and JOHN and JANE
DOES 1-10,

                      Defendants.

------------------------------------------------------------X

20 **CIVIL** 123 (DLC)

## JUDGMENT

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated November 10, 2020, the defendants' May 29, 2020

motion to dismiss is granted; Judgment is entered for the Defendants and the case is closed.

**Dated:** New York, New York
       November 10, 2020

                          **RUBY J. KRAJICK**
                 _____
                       Clerk of Court
      **BY:**
                       Deputy Clerk